UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GEORGITSI REALTY, LLC,

              Plaintiff,                            JUDGMENT
                                                       21-CV-6783 (WFK)

           -against-

COTTSDALE INSURANCE COMPANY,

              Defendant.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on May 4, 2023, granting Defendant's motion to dismiss in its entirety pursuant to Fed. R. Civ. P. 12(b)(6); it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: Brooklyn, NY                                                     Brenna B. Mahoney
       May 5, 2023                                                       Clerk of Court

                                                                                  By: */s/Jalitza Poveda*
                                                                                      Deputy Clerk